UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN FLORES,<br><br>      Plaintiff,<br><br>   v.<br><br>D&A SERVICES, LLC,<br><br>      Defendant. | Case No. 23-cv-05499-JSW<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE** |

Plaintiff filed this action for violations of the Rosenthal Act and the Fair Debt Collections Act on August 28, 2023, in the Superior Court of California, Alameda County division. (Dkt. No. 1-1.) On October 25, 2023, Defendant removed the action to this court. (Dkt. No. 1.) Beside Defendant filing an answer, there has been no further action in this case. A case management conference was set for Friday, February 9, 2024, and only Defendant filed a case management statement.

Accordingly, by no later than February 23, 2024, Plaintiff is ORDERED TO SHOW CAUSE, in writing, why this action should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b). Failure to timely respond to this Order will result in the dismissal of this action without further notice.

In addition, the case management conference is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: February 5, 2024

JEFFREY S. WHITE  
United States District Judge