UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN FLORES,<br><br>           Plaintiff,<br><br>   v.<br><br>D&A SERVICES, LLC,<br><br>           Defendant. | Case No. 23-cv-05499-JSW<br><br>**ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE** |

Plaintiff filed this action for violations of the Rosenthal Act and the Fair Debt Collections Act on August 28, 2023, in the Superior Court of California, Alameda County division. (Dkt. No. 1-1.) On October 25, 2023, Defendant removed the action to this court. (Dkt. No. 1.) Beside Defendant filing an answer, there has been no further action in this case. A case management conference was set for Friday, February 9, 2024, and only Defendant filed a case management statement.

On February 5, 2024, this Court issued an order to show cause why this action should not be dismissed for failure to prosecute. A response to that order was due by no later than February 23, 2024, and Plaintiff was admonished that failure to timely respond would result in dismissal of this action without further notice. The Court has received no filing by Plaintiff. Accordingly, this case is DISMISSED for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 9, 2024

_____
JEFFREY S. WHITE
United States District Judge